# EXHIBIT A

**Subject:** Intellectual Property Complaint - Video ID jKFOWgQpmZc
**From:** Okularity <support@okularity.com>
**Date:** 5/11/2018 1:39 PM
**To:** copyright@youtube.com

We represent BackGrid USA, Inc.

The following YouTube video (the "Video") infringes on copyright and/or exclusive rights:

www.youtube.com/watch?v=jKFOWgQpmZc

BackGrid USA, Inc. owns the copyright and/or exclusive license for the set of photographs titled *EXCLUSIVE* Jaime King gets attacked by a crazy man in Beverly Hills. The set was first published on or near 2018-04-04. Photographs from the set were published legitimately here: www.dailymail.co.uk/news/article-5580055/Jaime-King-attacked-Beverly-Hills-man-skateboard.html

The unauthorized use of the photographs in the Video can first be seen at the following timestamps. Photograph URLs, when provided, are strictly for identification purposes only:

Cover photo - Photograph URL (for informational purposes only): i.dailymail.co.uk/i/newpix/2018/04/05/01/4AD53C4700000578-5580055-image-a-25_1522889772909.jpg
00:16 - Photograph URL (for informational purposes only): i.dailymail.co.uk/i/newpix/2018/04/05/02/4AD543DE00000578-5580055-image-a-45_1522890750766.jpg
00:28 - Photograph URL (for informational purposes only): i.dailymail.co.uk/i/newpix/2018/04/05/01/4AD53C4700000578-5580055-image-a-25_1522889772909.jpg
00:36 - Photograph URL (for informational purposes only): i.dailymail.co.uk/i/newpix/2018/04/05/02/4AD5432A00000578-5580055-image-a-44_1522890722773.jpg
00:44 - Photograph URL (for informational purposes only): i.dailymail.co.uk/i/newpix/2018/04/05/01/4AD5418F00000578-5580055-image-a-26_1522889808226.jpg
01:00 - Photograph URL (for informational purposes only): i.dailymail.co.uk/i/newpix/2018/04/05/01/4AD54A6B00000578-5580055-image-a-28_1522889870251.jpg

BackGrid USA, Inc. owns the copyright and/or exclusive license for the set of photographs titled Jaime King in shock after being attacked in Beverly Hills. The set was first published on or near 2018-04-04. Photographs from the set were published legitimately here: www.justjared.com/photos/selena-gomez/143/

The unauthorized use of the photographs in the Video can first be seen at the following timestamps. Photograph URLs, when provided, are strictly for identification purposes only:

00:08 - Photograph URL (for informational purposes only): i.dailymail.co.uk/i/newpix/2018/04/05/01/4AD54C9B00000578-0-image-a-2_1522888613575.jpg
00:52 - Photograph URL (for informational purposes only): i.dailymail.co.uk/i/newpix/2018/04/05/13/4AD5514400000578-5580055-

King_appeared_to_give_one_policeman_a_hug_after_giving_a_report_-a-13_1522931348623.jpg

You are hereby notified that the unauthorized use of photograph(s) identified above is a violation of the U.S. Copyright Act, 17 U.S.C. § 106. The unauthorized usage affected the potential market and value of the photographs and infringes BackGrid USA, Inc.'s copyright and/or exclusive rights.

As you should know, the Video does not qualify for fair use. The Video lacks significant commentary, if any, which works against a fair use defense. See Murphy v. Millennium Radio Grp. L.L.C., 650 F.3d 295, 307 (3d Cir. 2011) ("The absence of any broader commentary--whether explicit or implicit--significantly undercuts the argument that [defendant's] use gave any new meaning to the Image. Instead, it appears that [defendants] did not want to go to the trouble of creating their own eye-catching photo but simply appropriated the Image.").

Even if it were the case the Video had used the photographs for a different purpose than how they were published legitimately, the use would still not be transformative. See Monge v. Maya Magazines, Inc., 688 F.3d 1164, 1176 (9th Cir. 2012) ("But even an infringer's separate purpose, by itself, does not necessarily create new aesthetics or a new work that 'alter[s] the first [work] with new expression, meaning or message.' Infinity Broad. Corp. v. Kirkwood, 150 F.3d 104, 108 (2d Cir. 1998) (quoting Campbell, 510 U.S. at 579, 114 S.Ct. 1164). A 'difference in purpose is not quite the same thing as transformation, and Campbell instructs that transformativeness is the critical inquiry under this factor.' Id.").

Further, the minimal cropping of the photograph and inclusion of most or all of the work in the Video is not fair use. "Qualitatively, the minimal cropping of each picture demonstrates that the 'heart' of each individual copyrighted picture was published. Elvis Presley Enters., 349 F.3d at 630 (courts should 'look to see whether the heart of the copyrighted work is taken.')." See Monge, 688 F.3d at 1178.

Finally, the Second Circuit has ruled "an accused infringer has usurped the market for copyrighted works, including the derivative market, where the infringer's target audience and the nature of the infringing content is the same as the original." Cariou v. Prince, 714 F.3d 694 (2d Cir. 2013) cert. denied 134 S. Ct. 618 (2013). Since the photograph(s) have been used in the same manner, to the same audience, and with the same purpose as BackGrid USA, Inc. or its clients use them, the use herein is not fair.

We have fulfilled all elements of notification as defined by § 512(c)(3)(A) of the Digital Millennium Copyright Act, so please remove the Video and take action against the user immediately. If you do not, YouTube may be ineligible for the safe harbor from copyright infringement liability provided by 17 U.S.C. § 512(c).

Nothing contained or omitted from this notification shall be deemed to be an admission, waiver, or limitation of any kind. BackGrid USA, Inc. expressly reserves all of its rights and remedies with respect to this matter.

We have a good faith belief that use of the content described above, in the manner we have

complained of, is not authorized by the copyright owner and/or its exclusive licensee, its agent, or the law. The information in this notice is accurate. We declare under penalty of perjury that we are authorized to act on behalf of BackGrid USA, Inc.

Signed,
Jon Nicolini

Okularity, Inc.
433 N Camden Dr., 6th Floor
Beverly Hills, CA 90210
United States of America
(323) 745-8444
support@okularity.com