# EXHIBIT B

**Subject:** Re: [4-4869000021904] New Copyright Counter-Notification
**From:** YouTube <copyright@youtube.com>
**Date:** 5/18/2018 9:31 AM
**To:** support@okularity.com



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

If we don't receive notice from you, we may reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=jKFOWgQpmZc

Display name of uploader: AU Showbiz

"Copyright Disclaimer Under Section 107 of the Copyright Act 1976, allowance is made for "fair use" for purposes such as criticism, comment, news reporting, teaching, scholarship, and research. Fair use is a use permitted by copyright statute that might otherwise be infringing. Non-profit, educational or personal use tips the balance in favor of fair use. its non-profit and the songs are credited." or "Copyright Disclaimer Under Section 107 of the Copyright Act 1976, allowance is made for "fair

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kemmy Rachael Adeby

20d Bourke st

North Parammatta, NSW 2151 AU

kemichoice@gmail.com

0426102980

Help center • Email options • Report spam

©2018 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA