# EXHIBIT C







Case 2:18-cv-04975-VAP-MRW   Document 1-3   Filed 06/04/18   Page 5 of 7   Page ID #:20





