Peter Afrasiabi Esq. (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Phone:        949) 502-2870
Facsimile:    (949) 258-5081
www.onellp.com

Joanna Ardalan, Esq. (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse
Beverly Hills, CA 90210
Phone:        (310) 437-8665

*Attorneys for Plaintiff, Backgrid USA, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA INC., a California corporation,<br><br>     Plaintiff,<br><br>v.<br><br>AU SHOWBIZ, entity type unknown; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No.: 2:18-cv-04975 VAP (MRWx)<br><br>Hon. Virginia A. Phillips<br><br>**DECLARATION OF JOANNA ARDALAN IN RESPONSE TO ORDER TO SHOW CAUSE RE SERVICE OF AU SHOWBIZ**<br><br>Complaint Filed: September 14, 2018 |

**DECLARATION OF JOANNA ARDALAN IN RESPONSE TO ORDER TO SHOW CAUSE**

1. I, Joanna Ardalan, am counsel of record for Backgrid USA, Inc., in the above captioned action.

2. The above captioned action is a copyright infringement lawsuit. Backgrid filed certain DMCA takedown notifications to YouTube in response to Defendant's infringement as according to 17 U.S.C. § 512(c)(3). In response to those notifications, Defendant filed counternotifications as according to 17 U.S.C. § 512(g)(3). The counternotifications filed by Defendant included a consent to accept service of the complaint through the email address 'kemichoice@gmail.com' and a consent to jurisdiction. *See* Exhibit 1, p. 3.

3. I emailed the contents of Exhibit 1 to kemichoice@gmail.com' on January 9, 2019. Attached as Exhibit 1 is a true and correct copy of the email and letter with attachments reminding Defendant that it consented to accept service and consented to jurisdiction through its counternotification, an example of Defendant's counternotification, the Complaint and other case opening documents.

4. I received a response to my January 9, 2019 email directed to the 'kemichoice@gmail.com.' The response acknowledged that the Defendant caused the filing of the counternotifications.

Dated: January 10, 2019                    **ONE LLP**

By: /s/ Joanna Ardalan
    Joanna Ardalan
    Attorneys for Plaintiff,
    Backgrid USA Inc.

1

**DECLARATION OF JOANNA ARDALAN IN RESPONSE TO ORDER TO SHOW CAUSE**